# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**VICTORIA M. THOMAS**                                                                                    **PLAINTIFF**

**v.**                                            **4:19-CV-00713-BSM**

**ANDREW SAUL,** Commissioner,
Social Security Administration                                                                            **DEFENDANT**

## ORDER

The proposed findings and recommendations ("recommendation") from United States Magistrate Judge Patricia S. Harris [Doc. No. 13] has been received. After careful review of the record, the recommendation is adopted. The commissioner's decision is affirmed, and Thomas's complaint is dismissed with prejudice.

IT IS SO ORDERED this 16th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE