# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**VICTORIA M. THOMAS**                                                                                    **PLAINTIFF**

**v.**                                              **4:19-CV-00713-BSM**

**ANDREW SAUL,** Commissioner,
Social Security Administration                                                                        **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, Thomas's complaint is dismissed with prejudice.

IT IS SO ORDERED this 16th day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE